Ralph Edward WILLIAMS, Appellant,

v.

STATE of Texas, Appellee.

No. 278–82.

Court of Criminal Appeals of Texas.

July 14, 1982.

## OPINION BY THE COURT

State's motion for rehearing granted: State's petition for discretionary review granted and cause remanded to Seventh Court of Appeals.

ROBERTS, J., dissents.